**Douglas Lee HORN, Plaintiff–Appellant,**

v.

**Larry CARTER; et al., Defendants–Appellees.**

**No. 06–16386.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 27, 2006.*

Filed Dec. 1, 2006.

Douglas Lee Horn, Buckeye, AZ, pro se.

Misty D. Guille, DAG, AGAZ—Office of the Arizona Attorney General, Diana Day,

Esq., Broening Oberg Woods Wilson & Cass, Phoenix, AZ, for Defendants–Appellees.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

MEMORANDUM **

This appeal from the district court's order denying appellant's motion for preliminary injunction comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we summarily affirm. *See* Ninth Circuit Rule 3–6.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *See Gregorio T. v. Wilson,* 59 F.3d 1002, 1004–05 (9th Cir.1995). The record before us shows that the court did not rely on an erroneous legal premise or abuse its discretion in concluding that appellant had failed to demonstrate a likelihood of success on the merits or the threat of imminent irreparable harm and in denying preliminary injunctive relief. *See id.* The court's factual findings and application of legal standards are not clearly erroneous. *See id.* Accordingly, the court's order denying the preliminary injunction is affirmed.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.